*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return | | |
|---|---|---|
| *Case No.:*<br>1:21-MC-00835 | *Date and time warrant executed:*<br>11/1/21 @ 11:53am | *Copy of warrant and inventory left with:*<br>USPIS Harrisburg Office |

*Inventory made in the presence of :*
  Postal Inspector M. Corricelli

*Inventory of the property taken and name of any person(s) seized:*

  -Priority Mail parcel 9505516653511294095832 and packaging material.
  -Six Bundles of green leafy substance weighing approximately 11.52 pounds with packaging.

**Certification**

  *I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

*Date:* _____11/1/21_____            _____
                                              *Executing officer's signature*

                                         Samantha Knoll, U.S. Postal Inspector
                                         _____
                                              *Printed name and title*